IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BYRON GREENE**                                                        **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 4:08-CV-74-TSL-LRA**

**NOXUBEE COUNTY, MISSISSIPPI**
**ALBERT WALKER and TERRY**
**GRASSEREE, in their official**
**capacities and individually,**



FILED JUL 30 2009 J. T. NOBLIN, CLERK

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the joint ore tenus motion of Plaintiff and Defendant, and the Court being fully advised in the premises, hereby finds as follows:

1. Pro se Plaintiff Byron Greene has announced to the Court that he wishes to dismiss any and all claims which were or could have been brought against Defendants under 42 U.S.C. §1983 or any other Federal or State Statute or rule of law, with prejudice. Through counsel, Defendants have indicated their agreement. Accordingly, the Court adjudicates that this matter is hereby dismissed with prejudice to the bringing of a future action.

SO ORDERED AND ADJUDGED this the 30th day of July, 2009

                                                 _____
                                                UNITED STATES MAGISTRATE JUDGE

AGREED:

s// BYRON GREENE
BYRON GREENE, PLAINTIFF, PRO SE

s// J. L. WILSON, IV
J. L. WILSON, IV, ATTORNEY FOR
DEFENDANTS          C:\Documents and Settings\601.MSSD\Local Settings\Temp\notes6030C8\Agreed Order.wpd